# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
DEC 5 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Juan Carlos Negrete<br><br>Defendant(s) | Case No.<br>1:14-mj-219-GSA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2014__ in the county of __Fresno__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | The defendant, having been convicted of a crime punishable by more than a year imprisonment, to wit, a 2011 conviction for a violation of CA Penal Code, Section 273.5(a), corporal injury spouse, did knowingly possess a firearm, to wit, a Taurus, model PT140, .40 caliber firearm, which had traveled in and affected interstate commerce.<br><br>Maximum penalty: 10 years imprisonment, 36 months supervised release, $250,000 fine. |

This criminal complaint is based on these facts:

See Affidavit of ATF SA George Jusino, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

George Jusino, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/5/14

_____
Judge's signature

City and state: Fresno, California

Hon. Gary S. Austin, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN CARLOS NEGRETE,<br><br>　　　　　Defendant. | CASE NO:<br><br>AFFIDAVIT OF ATF SPECIAL AGENT GEORGE JUSINO |

### I. INTRODUCTION

1. This Affidavit is in support of a complaint and arrest warrant for Juan Carlos NEGRETE, for violations of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm.

**A. Affiant's Background**

2. I am a Special Agent with the U.S. Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since July 2013. In the course of my duties as an ATF Special Agent, I have conducted investigations and received training regarding, but not limited to, illegal possession of firearms and other federal offenses involving firearms, the possession of firearms by prohibited persons and/or members of criminal street gangs and the illicit distribution and possession of controlled substances by various individuals. I have been involved either as the case agent or in a supporting role in more than 20 investigations involving firearms and drug trafficking violations. In that regard, I have debriefed multiple individuals who both use and sell narcotics, including methamphetamine, and I have learned about the habits, methods and practices of individuals engaged in the sale of methamphetamine and other controlled substances. I have also learned about these practices through discussions with other experienced law enforcement agents, some of whom specialize in narcotics trafficking investigations.

## II. **PROBABLE CAUSE**

3. On November 18, 2014, Officer Felipe Lucero of the Fresno Police Department was working plain clothes assigned to the Multi Agency Gang Enforcement Consortium (MAGEC) unit. At approximately 1:53 p.m., officers of the MAGEC unit were conducting a probation search at 529 S. Dearing Ave, Fresno, CA. While there, Officer Lucero arrested Juan Carlos NEGRETE (DOB: 8/19/1991) for a probation violation – possession of a firearm and ammunition. Officer Lucero recognized the defendant from past encounters. Officer Lucero knew the defendant to be a Lewis Street bulldog gang member, and that his residence is open to search and seizure. The defendant had prior arrest and probation violations with the most recent being in December 2013.

4. Prior to the search, Officer Lucero made contact with the defendant in the living room and asked if the defendant was still an active member of the Lewis Street bulldog gang, to which the defendant replied "yes". The defendant informed offices that he resides at the residence with his girlfriend, children, and his mother. The defendant stated the northeast bedroom and everything in the bedroom belonged to him.

5. During a search of the northeast/defendant's bedroom, officers located a black shoe box on the top shelf of the closet. The closet contained male clothing. Inside the shoe box, officers found a Taurus PT140, .40 caliber, serial number SUK07916, semi-automatic handgun. Officers cleared the handgun and found that it had 8 rounds of ammunition in the magazine.

6. A latent print was developed from the side of the handgun magazine by Fresno Police Department ID Tech Michael Burrow. The latent was compared to the defendant's known prints with negative results and remains unidentified. The latent print and DNA swabs were retained for future comparison.

7. I have reviewed the certified conviction record for the defendant. The aforementioned records indicated one felony conviction for the defendant. Such convictions suffered by the defendant include, but are not limited to: (1) felony conviction for corporal injury spouse from California Superior Court Fresno in 2011, case number F11902999.

///

COMPLAINT AFFIDAVIT                2

8. On December 3, 2014, Special Agent Bradley Dickey, an Interstate Nexus Expert, was contacted regarding the previously mentioned firearm. Based on Special Agent Dickey's training in determining the state or country in which firearms and/or ammunition are manufactured, he was able to determine based solely on a verbal description of the aforementioned firearm provided by the case agent/officer, the firearm was not manufactured in the state of California, and therefore, affecting interstate commerce.

9. The facts set forth in this Affidavit are known to me as a result of my personal participation in this investigation, through conversations with other agents, and from reviewing official reports, documents, and other evidence obtained as result of this investigation.

### III.   CONCLUSION

10. The above facts set forth probable cause to believe that Juan Carlos Negrete is in violation of Title 18, United States Code, Section 922(g)(1), felon in possession of a firearm. I request that a complaint and arrest warrant be issued for Juan Carlos Negrete for this violation.

George Jusino
Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives, U.S. Department of Justice

Swore to and subscribed before me

this ___5___ day of December, 2014

HON. GARY S. AUSTIN
UNITIED STATES MAGISTRATE JUDGE

Approved as to form and substance.

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

COMPLAINT AFFIDAVIT                                              3