BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00266-LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JUAN CARLOS NEGRETE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for arraignment on December 30, 2014.

2. The matter was set for status conference on February 2, 2015 at 1:00 p.m. at the request of counsel for the defendant and with the agreement of the government.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the initial discovery associated with this has been produced directly to counsel.

   b) Counsel for defendant desires time to consult with his client, review the discovery that was provided, and conduct any investigation determined to be warranted.

///

1

        c)        Counsel for defendant and the government agree that time should have been excluded from the date of the arraignment, December 30, 2014 through and including the hearing scheduled for February 2, 2015 for the reasons stated above.

        d)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 30, 2014 to February 2, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 5, 2015        BENJAMIN B. WAGNER
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  January 5, 2015        /s/ ANDRAS FARKAS
ANDRAS FARKAS
Counsel for Defendant

**ORDER**

Pursuant to the stipulation of the parties, I find good cause for the exclusion of time under the Speedy Trial Act and United States Constitution in that the ends of justice are served by granting the exclusion of time and that the exclusion of time outweighs both the defendant's and the public's interest in a speedy trial and therefore exclude time from December 30, 2014 to February 2, 2015.

IT IS SO ORDERED.

Dated:   **January 5, 2015**

UNITED STATES MAGISTRATE JUDGE