HEATHER E. WILLIAMS, #122664
Federal Defender
ANDRAS FARKAS, #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
JUAN CARLOS NEGRETE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00266 LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING MEMORANDA SCHEDULE; ORDER |
| vs. | |
| JUAN CARLOS NEGRETE, | DATE: July 20, 2015 |
| Defendant. | TIME: 8:30 a.m. |
| | JUDGE: Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Andras Farkas, Counsel for Defendant Juan Carlos Negrete, that the sentencing hearing scheduled for July 6, 2015 at 8:30 a.m., may be continued to July 20, 2015 at 8:30 a.m. It is further stipulated that the PSR/Sentencing Memoranda schedule be set as follows:

Formal Objections:     July 6, 2015

Sentencing:     July 20, 2015, at 8:30 a.m.

The parties are awaiting a decision from the U.S. Supreme Court in *Johnson v. United States,* Docket No. 13-7120, which will affect arguments the parties present in the formal objections.

/ / /

/ / /

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated:  June 18, 2015                   /s/ Laurel J. Montoya
                                        LAUREL J. MONTOYA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


Dated:  June 18, 2015                   /s/ Andras Farkas
                                        ANDRAS FARKAS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JUAN CARLOS NEGRETE
```

O R D E R

IT IS SO ORDERED.

   Dated:   **June 18, 2015**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Negrete– Stipulation to Continue Sentencing          -2-